UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Protective Order** |
| v. | **20 Cr. 563 (JPO)**<br>**S1 20 Cr. 563 (JPO)** |
| AHMAD AKBAR, a/k/a "Meech," | |
| TYRELL BEECHER, a/k/a "Shae," | |
| CHRISTOPHER BOVAIN, a/k/a "Cleko," | |
| WINNIS BRITO, a/k/a "Flaco," | |
| DONTA DOUGLAS, | |
| DARNELL GREEN, a/k/a "Nellz," | |
| DOMINIQUE GREEN, a/k/a "Domo," | |
| MAURICE HARGROW, a/k/a "Moe Tally," | |
| JAHNICO HARVEY, | |
| CHARLES HEWITT, a/k/a "Young Cee," | |
| KEVIN LEWIS, a/k/a "Mula," | |
| JAMA MOHAMOUD, a/k/a "JFK Jay," | |
| JAVIAN MOORE, a/k/a "Julio," | |
| JORDAN RUSSELL, a/k/a "J Rozay," | |
| JONATHAN SHORTT, | |
| DEVON SMITH, | |
| GEORGE THOMPSON, | |
| LOUIS WILLIAMS, and | |
| ISAIAH WISE FORDHAM, a/k/a "ZayBands," | |
| *Defendants.* | |

Upon the application of the United States of America, with the consent of the undersigned

counsel, the Court hereby finds and orders as follows:

**Confidential Material.** The Government will make disclosure to the defendants of

documents, objects and information, including electronically stored information ("ESI"), pursuant

to Federal Rule of Criminal Procedure 16, 18 U.S.C. §3500, and the Government's general

obligation to produce exculpatory and impeachment material in criminal case.  Certain of that

discovery may include material that (i) affects the privacy and confidentiality of individuals; (ii)

would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged

individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; and (iv) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.  Discovery materials produced by the Government to the defendants or their counsel that are either (1) designated in whole or in part as "Confidential" by the Government in emails or communications to defense counsel, or (2) that include a Bates or other label stating "Confidential," shall be deemed "Confidential Material."

**NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

1. Confidential Material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any Confidential Material on any Internet site or network site to which persons other than the parties hereto have access, and shall not disclose any Confidential Material to the media or any third party except as set forth below.

2. Confidential Material may be disclosed by counsel to:

    (a) Personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action;

    (b) Prospective witnesses for purposes of defending this action.

3. The Government may authorize, in writing, disclosure of Confidential Material beyond that otherwise permitted by this Order without further Order of this Court.

4. This Order does not prevent the disclosure of any Confidential Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

5. Except for Confidential Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Confidential Material, including the seized ESI Confidential Material, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; or the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later. This provision is subject to any applicable obligations to retain client files under the New York Rules of Professional Conduct.

6. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Confidential Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what Confidential Material has been disclosed to which such persons.

7. This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

**Retention of Jurisdiction**

8. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney


_____/s/_____          Date:   ____11/30/2020_____
Emily A. Johnson /
Kaylan E. Lasky /
Ashley C. Nicolas
Assistant United States Attorneys


_____          Date:   _____
Dawn Cardi / Diane Ferrone
Counsel for Ahmad Akbar


_____          Date:   _____
Thomas Ambrosio
Counsel for Tyrell Beecher


_____          Date:   _____
Jesse Siegel
Counsel for Christopher Bovain


_____          Date:   _____
Dawn Florio
Counsel for Winnis Brito


_____          Date:   _____
Jeff Chabrowe
Counsel for Donta Douglas


_____          Date:   _____
Thomas Dunn
Counsel for Darnell Green


[*signature blocks continued on next page*]

4

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney


_____          Date: _____

Emily A. Johnson /
Kaylan E. Lasky /
Ashley C. Nicolas
Assistant United States Attorneys


_____          Date: _11/20/2020_

Dawn Cardi / Diane Ferrone
Counsel for Ahmad Akbar


_____          Date: _____

Thomas Ambrosio
Counsel for Tyrell Beecher


_____          Date: _____

Jesse Siegel
Counsel for Christopher Bovain


_____          Date: _____

Dawn Florio
Counsel for Winnis Brito


_____          Date: _____

Jeff Chabrowe
Counsel for Donta Douglas


_____          Date: _____

Thomas Dunn
Counsel for Darnell Green


*[signature blocks continued on next page]*

4

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

_____          Date: _____

Emily A. Johnson /
Kaylan E. Lasky /
Ashley C. Nicolas
Assistant United States Attorneys

_____          Date: _____

Dawn Cardi / Diane Ferrone
Counsel for Ahmad Akbar

_____          Date: 11-18-2020

Thomas Ambrosio
Counsel for Tyrell Beecher

_____          Date: _____

Jesse Siegel
Counsel for Christopher Bovain

_____          Date: _____

Dawn Florio
Counsel for Winnis Brito

_____          Date: _____

Jeff Chabrowe
Counsel for Donta Douglas

_____          Date: _____

Thomas Dunn
Counsel for Darnell Green

[*signature blocks continued on next page*]

4

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

_____          Date: _____

Emily A. Johnson /
Kaylan E. Lasky /
Ashley C. Nicolas
Assistant United States Attorneys

_____          Date: _____

Dawn Cardi / Diane Ferrone
Counsel for Ahmad Akbar

_____          Date: _____

Thomas Ambrosio
Counsel for Tyrell Beecher

_____          Date:   11/24/20

Jesse Siegel
Counsel for Christopher Bovain

_____          Date: _____

Dawn Florio
Counsel for Winnis Brito

_____          Date: _____

Jeff Chabrowe
Counsel for Donta Douglas

_____          Date: _____

Thomas Dunn

4

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney

_____    Date: _____

Emily A. Johnson /
Kaylan E. Lasky /
Ashley C. Nicolas
Assistant United States Attorneys


_____    Date: _____

Dawn Cardi / Diane Ferrone
Counsel for Ahmad Akbar


_____    Date: _____

Thomas Ambrosio
Counsel for Tyrell Beecher


_____    Date: _____

Jesse Siegel
Counsel for Christopher Bovain


_____    Date: 11/24/2020

Dawn Florio
Counsel for Winnis Brito


_____    Date: _____

Jeff Chabrowe
Counsel for Donta Douglas


_____    Date: _____

Thomas Dunn

4

Thomas Ambrosio
Counsel for Tyrell Beecher

_____
Jesse Siegel
Counsel for Christopher Bovain

_____
Dawn Florio
Counsel for Winnis Brito

_____
Jeff Chabrowe
Counsel for Donta Douglas

Date: 11/24/20

_____
Thomas Dunn
Counsel for Darnell Green

[signature page continued]

_____
Ken Womble
Counsel for Dominique Green

_____
Calvin Scholar
Counsel for Maurice Hargrow

_____
Mehdi Essmidi
Counsel for Jahnice Harvey

_____
Matt Kluger
Counsel for Charles Hewitt

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney


_____      Date: _____

Emily A. Johnson /
Kaylan E. Lasky /
Ashley C. Nicolas
Assistant United States Attorneys


_____      Date: _____

Dawn Cardi / Diane Ferrone
Counsel for Ahmad Akbar


_____      Date: _____

Thomas Ambrosio
Counsel for Tyrell Beecher


_____      Date: _____

Jesse Siegel
Counsel for Christopher Bovain


_____      Date: _____

Dawn Florio
Counsel for Winnis Brito


_____      Date: _____

Jeff Chabrowe
Counsel for Donta Douglas


_____      Date: _11/29/2020_

Thomas Dunn
Counsel for Darnell Green


*[signature blocks continued on next page]*

4

*Ken Womble*
_____        Date:   _Nov. 19, 2020_____
Ken Womble
Counsel for Dominique Green


_____        Date:   _____
Calvin Scholar
Counsel for Maurice Hargrow


_____        Date:   _____
Mehdi Essmidi
Counsel for Jahnico Harvey


_____        Date:   _____
Matt Kluger
Counsel for Charles Hewitt


_____        Date:   _____
Ezra Spilke
Counsel for Kevin Lewis


_____        Date:   _____
Jeffrey Pittell
Counsel for Jama Mohamoud


_____        Date:   _____
André G. Travieso
Counsel for Javian Moore


_____        Date:   _____
Deborah Colson
Counsel for Jordan Russell


[*signature blocks continued on next page*]

5

_____          Date: _____
Ken Womble
Counsel for Dominique Green

**Calvin H. Scholar**   Digitally signed by Calvin H. Scholar          Date: _____
                        DN: cn=Calvin H. Scholar, o, ou,
                        email=chscholar@aol.com, c=US
                        Date: 2020.11.23 12:21:28 -05'00'
_____
Calvin Scholar
Counsel for Maurice Hargrow


_____          Date: _____
Mehdi Essmidi
Counsel for Jahnico Harvey


_____          Date: _____
Matt Kluger
Counsel for Charles Hewitt


_____          Date: _____
Ezra Spilke
Counsel for Kevin Lewis


_____          Date: _____
Jeffrey Pittell
Counsel for Jama Mohamoud


_____          Date: _____
André G. Travieso
Counsel for Javian Moore


_____          Date: _____
Deborah Colson
Counsel for Jordan Russell


[*signature blocks continued on next page*]


2

_____     Date: _____
Ken Womble
Counsel for Dominique Green


_____     Date: _____
Calvin Scholar
Counsel for Maurice Hargrow


*Mehdi Essmidi*         Date: 11/29/2020
_____
Mehdi Essmidi
Counsel for Jahnico Harvey


_____     Date: _____
Matt Kluger
Counsel for Charles Hewitt


_____     Date: _____
Ezra Spilke
Counsel for Kevin Lewis


_____     Date: _____
Jeffrey Pittell
Counsel for Jama Mohamoud


_____     Date: _____
André G. Travieso
Counsel for Javian Moore


_____     Date: _____
Deborah Colson
Counsel for Jordan Russell


[*signature blocks continued on next page*]

6

_____     Date: _____

Ken Womble
Counsel for Dominique Green


_____     Date: _____

Calvin Scholar
Counsel for Maurice Hargrow


_____     Date: _____

Mehdi Essmidi
Counsel for Jahnico Harvey


_____     Date:   November 18, 2020

Matt Kluger
Counsel for Charles Hewitt


_____     Date: _____

Ezra Spilke
Counsel for Kevin Lewis


_____     Date: _____

Jeffrey Pittell
Counsel for Jama Mohamoud


_____     Date: _____

André G. Travieso
Counsel for Javian Moore


_____     Date: _____

Deborah Colson
Counsel for Jordan Russell


[*signature blocks continued on next page*]


5

_____        Date: _____
Ken Womble
Counsel for Dominique Green


_____        Date: _____
Calvin Scholar
Counsel for Maurice Hargrow


_____        Date: _____
Mehdi Essmidi
Counsel for Jahnico Harvey


_____        Date: _____
Matt Kluger
Counsel for Charles Hewitt


*Ezra Spilke*
_____        Date: 11/24/2020
Ezra Spilke
Counsel for Kevin Lewis


_____        Date: _____
Jeffrey Pittell
Counsel for Jama Mohamoud


_____        Date: _____
André G. Travieso
Counsel for Javian Moore


_____        Date: _____
Deborah Colson
Counsel for Jordan Russell


[*signature blocks continued on next page*]

6

_____          Date: _____
Ken Womble
Counsel for Dominique Green


_____          Date: _____
Calvin Scholar
Counsel for Maurice Hargrow


_____          Date: _____
Mehdi Essmidi
Counsel for Jahnico Harvey


_____          Date: _____
Matt Kluger
Counsel for Charles Hewitt


_____          Date: _____
Ezra Spilke
Counsel for Kevin Lewis


_____          Date: _____11.24.20_____
Jeffrey Pittell
Counsel for Jama Mohamoud


_____          Date: _____
André G. Travieso
Counsel for Javian Moore


_____          Date: _____
Deborah Colson
Counsel for Jordan Russell


[*signature blocks continued on next page*]


6

_____          Date: _____
Ken Womble
Counsel for Dominique Green


_____          Date: _____
Calvin Scholar
Counsel for Maurice Hargrow


_____          Date: _____
Mehdi Essmidi
Counsel for Jahnico Harvey


_____          Date: _____
Matt Kluger
Counsel for Charles Hewitt


_____          Date: _____
Ezra Spilke
Counsel for Kevin Lewis


_____          Date: _____
Jeffrey Pittell
Counsel for Jama Mohamoud


_____          Date: 11/20/20
André G. Travieso
Counsel for Javian Moore


_____          Date: _____
Deborah Colson
Counsel for Jordan Russell


[*signature blocks continued on next page*]


5

_____          Date: _____
Jeffrey Pittell
Counsel for Jama Mohamoud


_____          Date: _____
André G. Travieso
Counsel for Javian Moore


_____          Date: 11/20/20
Deborah Colson
Counsel for Jordan Russell


[*signature blocks continued on next page*]


_____          Date: _____
Stephen Drummond
Counsel for Jonathan Shortt


_____          Date: _____
Valerie Gotlib
Counsel for Devon Smith


_____          Date: _____
Zachary Taylor
Counsel for George Thompson


_____          Date: _____
Harold Ramsey
Counsel for Louis Williams


_____          Date: _____
David Bertan
Counsel for Isaiah Wise Fordham

_____  Date: Nov. 25, 2020
Stephen Drummond
Counsel for Jonathan Shortt

_____  Date: _____
Valerie Gotlib
Counsel for Devon Smith

_____  Date: _____
Zachary Taylor
Counsel for George Thompson

_____  Date: _____
Harold Ramsey
Counsel for Louis Williams

_____  Date: _____
David Bertan
Counsel for Isaiah Wise Fordham

SO ORDERED:

Dated: New York, New York
       November __, 2020

_____
THE HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

7

_____          Date: _____

Stephen Drummond
Counsel for Jonathan Shortt


_____          Date: 11/24/2020
Valerie Gotlib
Counsel for Devon Smith


_____          Date: _____

Zachary Taylor
Counsel for George Thompson


_____          Date: _____

Harold Ramsey
Counsel for Louis Williams


_____          Date: _____

David Bertan
Counsel for Isaiah Wise Fordham


SO ORDERED:

Dated: New York, New York
          November __, 2020


                                          _____
                                          THE HON. J. PAUL OETKEN
                                          UNITED STATES DISTRICT JUDGE


7

_____          Date: _____

Stephen Drummond
Counsel for Jonathan Shortt


_____          Date: _____

Valerie Gotlib
Counsel for Devon Smith


_____          Date: ___11/23/2020_____

Zachary Taylor
Counsel for George Thompson


_____          Date: _____

Harold Ramsey
Counsel for Louis Williams


_____          Date: _____

David Bertan
Counsel for Isaiah Wise Fordham


SO ORDERED:

Dated:  New York, New York
            November __, 2020


                                                        _____
                                                        THE HON. J. PAUL OETKEN
                                                        UNITED STATES DISTRICT JUDGE


7

_____          Date: _____
Stephen Drummond
Counsel for Jonathan Shortt


_____          Date: _____
Valerie Gotlib
Counsel for Devon Smith


_____          Date: _____
Zachary Taylor
Counsel for George Thompson

/s/ Harold Ramsey                                         11-20-2020
_____          Date: _____
Harold Ramsey
Counsel for Louis Williams


_____          Date: _____
David Bertan
Counsel for Isaiah Wise Fordham


SO ORDERED:

Dated: New York, New York
          November __, 2020


                                         _____
                                         THE HON. J. PAUL OETKEN
                                         UNITED STATES DISTRICT JUDGE


6

_____     Date: _____
Stephen Drummond
Counsel for Jonathan Shortt


_____     Date: _____
Valerie Gotlib
Counsel for Devon Smith


_____     Date: _____
Zachary Taylor
Counsel for George Thompson


_____     Date: _____
Harold Ramsey
Counsel for Louis Williams


_____     Date: November 29, 2020
David Bertan
Counsel for Isaiah Wise Fordham


SO ORDERED:

Dated: New York, New York
      November 30, 2020

_____
J. PAUL OETKEN
United States District Judge

6