

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

December 28, 2020

<u>Via ECF</u>

Hon. J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Ahmad Akbar</u>, 20-cr-563 (JPO)

Your Honor:

    I am CJA counsel to Ahmad Akbar. I write, with no objection from the government, to respectfully request a 10-day extension to satisfy the bond conditions. Specifically, we request ten additional days for the suretors to co-sign the bond.

    Thank you.

Respectfully submitted,

/s/

Dawn M. Cardi

Granted
So ordered.
  December 29, 2020

_____
J. PAUL OETKEN
United States District Judge

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com