

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2021

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Ahmad Akbar et al.</u>,
             20 Cr. 563 (JPO)

Dear Judge Oetken:

    A status conference in the above-captioned matter is presently scheduled for March 12, 2021, at noon. The Government produced the discovery then in its possession to the defendants on a rolling basis in December 2020 and January 2021. Since that time, the Government has started to receive extractions of the electronic devices seized from some defendants upon arrest, and is working to produce those devices, which productions are expected to be complete in approximately two weeks. As a result, the parties jointly request an adjournment of approximately 60 days of the March 12 status conference to allow the defendants to continue to review discovery.

    Should the Court grant the requested adjournment, the Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between March 12, 2021 and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would allow the defendants to review discovery and contemplate potential pretrial motions, and it would also enable the parties to discuss potential pretrial dispositions. In addition, defense counsel consent to the exclusion of time.

> Granted. The March 12, 2021 status conference is adjourned to May 20, 2021 at 3:00 p.m.
> The Court hereby excludes time through May 20, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered.
> 3/11/2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____/s/_____
    Emily A. Johnson
    Kaylan E. Lasky
    Ashley C. Nicolas
    Assistant United States Attorneys
    (212) 637-2409 / 2315 / 2467

_____
J. PAUL OETKEN
United States District Judge