

**Partners**
Dawn M. Cardi
Chad L. Edgar

**Associates**
Jessica Friedrich
Joanna C. Kahan

**Of counsel**
Diane Ferrone

> Granted.
> So ordered: 8/6/2021
>
> /s/ J. PAUL OETKEN
> United States District Judge

August 6, 2021

<u>Via ECF</u>

Hon. J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: <u>United States v. Ahmad Akbar</u>, 20-cr-563 (JPO)

Your Honor:

  I am CJA counsel to Ahmad Akbar. I write, with support from pre-trial services, to modify Mr. Akbar's bail conditions to remove curfew with location monitoring. The Government has informed counsel that it defers to pre-trial services.

  Mr. Akbar has been on pre-trial release since December 12, 2020. His pre-trial services officer, Leo Barrios, reports he has been in "full compliance." We also note that Mr. Akbar's wife is pregnant, and elimination of these bail conditions will be a big help to the family.

  Accordingly, we respectfully request that the Court modify Mr. Akbar's current bail conditions to remove curfew with electronic monitoring. As noted, pre-trial services supports this request and the Government has indicated that it defers to pre-trial.

  I thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/

            Dawn M. Cardi

CC: All Parties (via ECF)
    Pre-Trial Services Officer Leo Barrios (via email)

99 Madison Avenue, 8th Floor, New York, NY 10016  •  212.481.7770 TELEPHONE  •  212.271.0665 FACSIMILE  •  917.543.9993 CELL  •  cardiedgarlaw.com