

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2021

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Ahmad Akbar et al.,
               20 Cr. 563 (JPO)

Dear Judge Oetken:

      A status conference in the above-captioned matter is presently scheduled for September 30, 2021 at 3 p.m. As the parties do not have a substantive update for the Court at this time, the Government requests an adjournment of approximately 45 to 60 days of the September 30 status conference to allow the defendants to continue to review discovery and for the parties to continue to discuss potential pretrial dispositions.

      Should the Court grant the requested adjournment, the Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between September 30, 2021 and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would allow the defendants to review discovery, and it would also enable the parties to discuss potential pretrial dispositions. In addition, defense counsel consent to the exclusion of time.

> Granted.
> The September 30, 2021 pretrial conference is adjourned to November 22, 2021, at 3:30 pm. The Court hereby excludes time through November 22, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered:  September 28, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:_____/s/_____
    Emily A. Johnson
    Kaylan E. Lasky
    Ashley C. Nicolas
    Assistant United States Attorneys
    (212) 637-2409 / 2315 / 2467

_____
J. PAUL OETKEN
United States District Judge