

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2022

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Ahmad Akbar et al.,
     20 Cr. 563 (JPO)

Dear Judge Oetken:

A status conference in the above-captioned matter is presently scheduled for January 27, 2022 at 3:00 p.m.  As the parties do not have a substantive update for the Court at this time, the Government requests an adjournment of approximately 60 to 90 days to allow the defendants to continue to review discovery and for the parties to continue to discuss potential pretrial dispositions.

Should the Court grant the requested adjournment, the Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between January 27, 2022 and the date of the rescheduled conference.  The Government submits that the exclusion of time would be in the interests of justice as it would allow the defendants to review discovery, and it would also enable the parties to discuss potential pretrial dispositions.  In addition, defense counsel consent to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
    Emily A. Johnson
    Kaylan E. Lasky
    Ashley C. Nicolas
    Assistant United States Attorneys
    (212) 637-2409 / 2315 / 2467

> Granted.  The January 27, 2022 telephonic pretrial conference is adjourned to April 4, 2022, at 3:00 pm.  The Court hereby excludes time through April 4, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered:  January 25, 2022

_____
J. PAUL OETKEN
United States District Judge