

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 2, 2022

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: <u>United States v. Ahmad Akbar et al.</u>,
     20 Cr. 563 (JPO)

Dear Judge Oetken:

  A telephonic status conference in the above-captioned matter is presently scheduled for August 2, 2022 at 3:30 p.m. As the parties do not have a substantive update for the Court at this time, the Government requests an adjournment of approximately 60 to 90 days to allow the parties to continue to discuss potential pretrial dispositions.

  The Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between August 2, 2022 and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would allow the defendants to continue to review discovery, and it would also enable the parties to discuss potential pretrial dispositions. Defense counsel consents to the exclusion of time.

> Granted. The August 2, 2022 pretrial conference is adjourned to October 7, 2022, at 12:00 pm and will be held in person. Counsel should be prepared to discuss a trial date at the next conference. The Court hereby excludes time through October 7, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> 8/2/2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s/
  Emily A. Johnson
  Kaylan E. Lasky
  Ashley C. Nicolas
  Assistant United States Attorneys
  (212) 637-2409 / 2315 / 2467

_____
J. PAUL OETKEN
United States District Judge