

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

November 9, 2022

<u>*Via ECF*</u>

Hon. J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re: <u>United States v. Ahmad Akbar</u>, 20-cr-563 (JPO)

Your Honor:

  I write on behalf of defendants Ahmad Akbar, Christopher Bovain and Darnell Green. With no objection from the government, we respectfully request that the Court adjourn the status conference scheduled for November 10, 2022 at 3:30 pm for approximately 30 days.

  The parties are currently engaged in plea negotiations and as Mr. Dunn's letter previously filed with the Court notes he is currently on trial. The defendants consent to the exclusion of Speedy Trial time.

  Accordingly, we respectfully request that the Court adjourn the status conference scheduled for November 10, 2022 for approximately 30 days.

  I thank the Court for its attention to this matter.

> Granted.
> The November 10, 2022 pretrial conference is adjourned to December 20, 2022, at 3:00 pm.  The Court hereby excludes time through December 20, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:  November 9, 2022

Respectfully submitted,

/s/

Dawn M. Cardi

_____
J. PAUL OETKEN
United States District Judge

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com