

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2022

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Ahmad Akbar et al.,
               20 Cr. 563 (JPO)

Dear Judge Oetken:

      An in-person status conference in the above-captioned matter is presently scheduled for December 20, 2022. With the consent of defense counsel, the Government requests an adjournment of approximately 30 days to allow the parties to continue to discuss potential pretrial dispositions, which we anticipate are nearly complete as to all remaining defendants.

      The Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between December 20, 2022, and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would enable the parties to finalize potential pretrial dispositions. Defense counsel who has consented to the adjournment also consents to the exclusion of time.

> Granted.  The December 20, 2022 pretrial conference is adjourned to January 26, 2023, at 12:00 pm.  The Court hereby excludes time through January 26, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered:  December 16, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
     Emily A. Johnson
     Kaylan E. Lasky
     Ashley C. Nicolas
     Assistant United States Attorneys
     (212) 637-2409 / 2315 / 2467

_____
J. PAUL OETKEN
United States District Judge