UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                                :

UNITED STATES OF AMERICA         :

            - v. -                   :         **ORDER**

                                   :

AHMAD AKBAR,                    :        20 Cr. 563 (JPO)

            Defendant.       :

------------------------------------x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Sarah Netburn on January 3, 2023;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         January 5, 2023

                                                              J. PAUL OETKEN
                                                              United States District Judge