

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

March 11, 2026

**VIA EMAIL**
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom: 706
Chambers Phone: (212) 805-0266

   *Re:*   *USA v. Akbar*
       <u>*1:20-CR-00563-1-JPO*</u>

Dear Judge Oetken,

  In the matter of *USA v. Akbar 1:20-CR-00563-1-JPO* , Dawn Cardi represented Ahmad Akbar as in his original criminal case as well as a violation of supervised release. Her work on the violation of supervised release began on March 19, 2025 but Ms. Cardi's appointment was dated March 25, 2025, so March 25 is the date reflected on the case's CJA voucher. This message is to respectfully request Ms. Cardi's appointment commencement be nunc pro tunc from March 25, 2025 to March 19, 2025.

  Thank you for your consideration.

Granted.
So ordered.
3/12/2026

_____
J. PAUL OETKEN
United States District Judge

Respectfully requested,

*Dawn M Cardi*

Dawn M. Cardi, Esq.

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com